ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :
                                    :
HUBERT DUPIGNY,                     :
        a/k/a "Fox," and            :
HENSLEY DUPIGNY,                    :
        a/k/a "Dizzy,"              :
                                    :
        Defendants.                 :
                                    :
- - - - - - - - - - - - - - - x

USD. COPY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/18

SEALED

INDICTMENT

18 Cr. _____

18 CRIM 528

## COUNT ONE

(Conspiracy to Commit Sex Trafficking)

The Grand Jury charges:

1.   From in or about August 2016, up to and including in
or about May 2017, within the Southern District of New York and
elsewhere, HUBERT DUPIGNY, a/k/a "Fox," and HENSLEY DUPIGNY,
a/k/a "Dizzy," the defendants, together with others known and
unknown, did knowingly and intentionally combine, conspire,
confederate, and agree together and with each other to commit
sex trafficking, in violation of Title 18, United States Code,
Sections 1591(a)(1), (a)(2) and (b).

2.   It was a part and an object of the conspiracy that
HUBERT DUPIGNY, a/k/a "Fox," and HENSLEY DUPIGNY, a/k/a "Dizzy,"
the defendants, and others known and unknown, willfully and
knowingly, in and affecting interstate and foreign commerce,

JUDGE FURMAN

would and did recruit, entice, harbor, transport, provide,
obtain, advertise, maintain, patronize, and solicit by any means
one and more persons, and did benefit, financially and by
receiving things of value, from participation in a venture that
engaged in any such act, knowing and in reckless disregard of
the fact that (1) means of force, threats of force, fraud,
coercion, as described in Title 18, United States Code, Section
1591(e)(2), and a combination of such means would be used to
cause such persons to engage in one and more commercial sex
acts, and (2) one and more such persons had not attained the age
of 18 years and would be caused to engage in one and more
commercial sex acts.

(Title 18, United States Code, Section 1594(c).)

**COUNT TWO**

(Sex Trafficking)

The Grand Jury further charges:

3.    From in or about August 2016, up to and including in
or about May 2017, within the Southern District of New York and
elsewhere, HUBERT DUPIGNY, a/k/a "Fox," the defendant, willfully
and knowingly, in and affecting interstate and foreign commerce,
did recruit, entice, harbor, transport, provide, obtain,
advertise, maintain, patronize, and solicit by any means one or
more persons, and did benefit, financially and by receiving
things of value, from participation in a venture that engaged in

2

any such act, knowing and in reckless disregard of the fact
that one or more such persons had not attained the age of 18
years and would be caused to engage in one and more commercial
sex acts, to wit, HUBERT DUPIGNY recruited, harbored,
transported, provided, obtained, advertised, and maintained a
minor victim ("Victim-1"), who was caused to engage in at least
one commercial sex act, the proceeds of which were transferred
at least in part to HUBERT DUPIGNY.

(Title 18, United States Code, Sections 1591(a), (b)(2) and 2.)

## COUNT THREE

(Sex Trafficking)

The Grand Jury further charges:

4. From in or about August 2016, up to and including in
or about November 2016, within the Southern District of New York
and elsewhere, HUBERT DUPIGNY, a/k/a "Fox," the defendant,
willfully and knowingly, in and affecting interstate and foreign
commerce, did recruit, entice, harbor, transport, provide,
obtain, advertise, maintain, patronize, and solicit by any means
one or more persons, and did benefit, financially and by
receiving things of value, from participation in a venture that
engaged in any such act, knowing and in reckless disregard of
the fact that (1) means of force, threats of force, fraud,
coercion, as described in Title 18, United States Code, Section
1591(e)(2), and a combination of such means would be used to

3

cause such persons to engage in one or more commercial sex acts, and (2) that one or more such persons had not attained the age of 18 years and would be caused to engage in one and more commercial sex acts, to wit, HUBERT DUPIGNY recruited, harbored, transported, provided, obtained, advertised, and maintained a minor victim ("Victim-2") through force, threats of force, fraud, coercion, and a combination of such means, who was caused to engage in at least one commercial sex act, the proceeds of which were transferred at least in part to HUBERT DUPIGNY.

(Title 18, United States Code, Sections 1591(a), (b)(1), (b)(2) and 2.)

## COUNT FOUR

(Sex Trafficking)

The Grand Jury further charges:

5.     From in or about November 2016, up to and including in or about December 2016, within the Southern District of New York and elsewhere, HUBERT DUPIGNY, a/k/a "Fox," the defendant, willfully and knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means one or more persons, and did benefit, financially and by receiving things of value, from participation in a venture that engaged in any such act, knowing and in reckless disregard of the fact that one or more such persons had not attained the age

4

of 18 years and would be caused to engage in one and more commercial sex acts, to wit, HUBERT DUPIGNY recruited, harbored, transported, provided, obtained, advertised, and maintained a minor victim ("Victim-3"), who was caused to engage in at least one commercial sex act, the proceeds of which were transferred at least in part to HUBERT DUPIGNY.

(Title 18, United States Code, Sections 1591(a), (b)(2) and 2.)

## FORFEITURE ALLEGATIONS

6.    As a result of committing the offenses alleged in Counts One through Four of this Indictment, HUBERT DUPIGNY, a/k/a "Fox," and HENSLEY DUPIGNY, a/k/a "Dizzy," the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real and personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of the offenses alleged in Counts One through Four, and any property, real and personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses alleged in Counts One through Four, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the

commission of said offenses that the defendants personally obtained.

## **Substitute Asset Provision**

7.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, and 1594; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

6

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**HUBERT DUPIGNY,**
**a/k/a "Fox," and**
**HENSLEY DUPIGNY,**
**a/k/a "Dizzy,"**

**Defendants.**

---

**INDICTMENT**

18 Cr. ____

(18 U.S.C. §§ 1591(a)(1),(2), (b)(1),
(2), 1594(c), and 2)

GEOFFREY S. BERMAN
United States Attorney

Foreperson

---

2/25/18   FILED INDICTMENT   WARRANT ISSUED

COPY, USNY