UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :   No. 18 Cr. 528 (JMF)
        - v. -                   :
                                 :
HUBERT DUPIGNY,                  :   [~~PROPOSED~~] ORDER
                                 :
        Defendant                :
-------------------------------------------------------x

      The Warden of the MCC New York, where Hubert Dupigny (56457-054), is incarcerated, is directed to accept clothing for Mr. Dupigny and make it available to him to wear to a jury trial before the Hon. Jesse M. Furman starting January 13, 2020. The clothing shall consist of:

- 3 shirts,
- 3 pairs of pants,
- 1 sweater,
- 2 blazers,
- 3 ties,
- 1 belt,
- 1 pair of shoes, and;
- 1 pair of socks

DATED:   New York, New York
             January __9__, 2020

The Clerk of Court is directed
to terminate ECF No. 236.
SO ORDERED:

_____
Hon. Jesse M. Furman
United District Court Judge
Southern District of New York