UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 18-CR-528 (JMF)
:
HUBERT DUPIGNY, : ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Attached to this Order are the notes sent by the jury to the Court during deliberations and the jury's verdict form (with the signatures of any juror redacted). Per the discussion in Court yesterday, the Government shall promptly file on ECF copies of the redacted transcript pages that were submitted to the jury during its deliberations. (For the sake of completeness, the Government should file all transcript pages that were submitted to the jury — not only the testimony of Ms. Boswell and the defendant.)

SO ORDERED.

Dated: January 24, 2020
New York, New York

JESSE M. FURMAN
United States District Judge

# JURY NOTE

Dear Judge Furman:

Jurors asking whether we have a timeframe during the day at which we will end deliberations, even if there is no decision.

To return the next day if there is no decision.

Date: 1/21/19

Time: 9:15 am

Foreperson's Signature

# JURY NOTE

Dear Judge Furman:

The Jurors ask the following:

① Whether the conduct has to be "continuing" in order to find the defendant guilty or sporadic acts is sufficient

② Do the phone calls from jail involving the defendant satisfies venue definition.

③ What time should we expect lunch?

④ Testimony read back regarding Victim #2. (All testimony)!

Date: 1/21/20

Time: 11:28 am

Foreperson's Signature

# JURY NOTE

Dear Judge Furman:

The Jurors are asking for the following testimony:

1. Cyntora's (Victim #3) testimony regarding her birthday and conversation about her age.

2. Tasia's (Victim #1) testimony about what she told the defendant regarding Victim #3's age and how she knew Victim #3.

3. Defendant's testimony regarding what he knew about Cyntora's age.

4. Issa Martin's testimony regarding Back Page.

Date: 1/21/20

Time: 2:31 pm

Foreperson's Signature

# JURY NOTE

Good morning Judge Furman:

Jurors ask for the following:

① Any testimony regarding Cyntora (Victim #3) living in defendant's household between or around November through December 2016.

② Does posting an ad on Back Page satisfies venue? (ie Internet posting that can be viewed any where, including the SDNY satisfies venue??).

③ Do questions 1-3 on page 28 of the Jury Charge have to be applied to each element of each charge (count).

④ Requesting exhibit #s for conversation text between Cyntora and Tasia (we believe its 113 + 114)

⑤ Any evidence regarding Cyntora's use of cell phone between or about November and December 2016.

⑥ Cyntora's testimony

Date: 1/22/2020

Time: 11:17 am

Foreperson's Signature

# JURY NOTE

Good morning Judge Furman:

The Jurors are requesting defendant's entire testimony.

Juror #2 is requesting to leave by 2:30pm tomorrow if we are still in deliberations. All members of the jury are in agreement.

Date: 1/23/2020

Time: 10:04 am

Foreperson's Signature

# JURY NOTE

Dear Judge Furman:

The Jurors are informing you of the following:

1. We have been able to vote unanimously regarding counts one and two.

2. We have not been able to have a unanimous vote on count three.

3. We are not unanimous regarding count four Elements (a) nor (b).

4. We believe that we will not be able to come to an agreement based on the evidence for count three.

Date: 1/23/2020

Time: 12:19 pm

Foreperson's Signature

# JURY NOTE

Good afternoon Judge Furman:

The Jurors are informing you that we have a verdict on all counts.

Date: 1/23/2020

Time: 4:16 pm



Foreperson's Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

HUBERT DUPIGNY,

               Defendant.

------------------------------------------------------------X

S1 18 Cr. 528 (JMF)

VERDICT FORM

*All Answers Must Be Unanimous*

**Count One: Conspiracy to Commit Sex Trafficking**

    Guilty ✓           Not Guilty _____

**Count Two: Sex Trafficking of a Minor (Victim 1)**

    Guilty ✓           Not Guilty _____

**Count Three: Sex Trafficking of a Minor (Victim 2)**

    Guilty _____           Not Guilty ✓

**Count Four: Sex Trafficking of Victim 3**

    *Please answer both of the following two questions:*

1. Do you unanimously find that the Government has proved beyond a reasonable doubt that the defendant, Hubert Dupigny, is guilty of committing the crime charged in Count Four of the Indictment, knowing or (except as to the act of advertising) in reckless disregard of the fact that Victim 3 had not attained the age of 18 years or (if you find that the defendant committed a trafficking act) that the defendant had a reasonable opportunity to observe Victim 3?

    Yes ✓           No _____

2. Do you unanimously find that the Government has proved beyond a reasonable doubt that the defendant, Hubert Dupigny, is guilty of committing the crime charged in Count Four of the Indictment, knowing or (except as to the act of advertising) in reckless disregard of the fact that force, threats of force, fraud, coercion, or any combination of such means would be used to cause Victim 3 to engage in a commercial sex act?

    Yes _____           No ✓

*Once you have answered all questions, please sign on the next page and write the date and time.*



Foreperson

Date and Time: 1/23/2020 4:24 pm

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.*