UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
     -v-                                           :    18-CR-528 (JMF)
:
HUBERT DUPIGNY,                                        :    ORDER
:
                      Defendant.            :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Sentencing in this case is scheduled for May 13, 2020, at 3:30 p.m. Upon reflection, the Court concludes that there may be a need for a *Fatico* hearing — for instance, with respect to disputed conduct as to which the Government did not present evidence at trial. *See, e.g.*, ECF No. 197, at 10-12 (moving to preclude evidence of an alleged rape of Victim 2); October 23, 2019 Tr. 24-25 (granting the motion). The Government shall confer with defense counsel and, no later than **March 13, 2020**, file a letter indicating the parties' views on whether a hearing is necessary or appropriate and, if so, why and the estimated length of a hearing.

      SO ORDERED.

Dated: February 26, 2020
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge