UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
      -v-                                                       :     18-CR-528-1 (JMF)
:
HUBERT DUPIGNY,                                        :     ORDER
:
      Defendant.                                         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      A recent title search (a copy of which is attached for ease of reference) revealed that, on or about January 16, 2020, a lien was apparently filed with respect to the undersigned and Mr. Mysliwiec, with the followed listed as "Secured Party Names": (1) "Dupigny, John Howard"; and (2) "Dupigny, Hubert-Hinton Hinton."  The Court notes that it has requested (and expects to receive) representation from the Civil Division of the United States Attorney's Office in connection with getting the lien lifted.

      Counsel for Hubert Dupigny and the Government shall confer and, no later than April 21, 2020, submit a joint letter addressing what actions, if any, the Court should take in connection with this matter prior to sentencing.

      SO ORDERED.

Dated: April 14, 2020
       New York, New York                             JESSE M. FURMAN
                                                                 United States District Judge

| 1. | Debtor Names: | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT COURT OF NEW YORK | 40 FOLEY SQUARE, NEW YORK, NY 10007, USA |
|---|---|---|---|
| | | FURMAN, JESSE M | 500 PEARL STREET , NEW YORK, NY 100071312, USA |
| | | AARON MYSLIWIEC MIEDEL & MYSLIWIEC LLP | 80 BROAD STREET, SUITE 1900 , NEW YORK, NY 10004, USA |
| | Secured Party Names: | DUPIGNY, JOHN HOWARD | 226 STATE STREET, HACKENSACK , NJ 076021009, USA |
| | | DUPIGNY, HUBERT-HINTON -HINTON | 535 PARKSIDE AVENUE, BROOKLYN , NY 112261545, USA |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 202001168020011 | 01/16/2020 | 01/16/2025 | Financing Statement | 2 | NA * |