UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,        :
        :
        -v-        :        18-CR-528-1 (JMF)
        :
HUBERT DUPIGNY,        :        ORDER
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

        The Court received the attached letters, dated May 9, 2020, June 23, 2020 and June 25, 2020, and redacted in accordance with Rule 49.1(a)(5) of the Federal Rules of Criminal Procedure, in reference to sentencing of the defendant Hubert Dupigny.

        Counsel is reminded that, per Paragraph 9 of the Court's Individual Rules and Practices in Criminal Cases, the defendant is responsible for filing all letters submitted on behalf of the defendant, including those from friends and relatives.

        SO ORDERED.

Dated: July 7, 2020          _____
      New York, New York        JESSE M. FURMAN
        United States District Judge

Marie Pierre

Brooklyn, NY

May 21st, 2020

Dear Sir,

I write this letter on behalf of Hurbert Dupigny to the Department of Justice for leniency on him. I do understand that Hurbert is held accountable for his actions. I know Hurbert as a boy, he had a difficult life. I knew this since I knew his mother. She was married and had five sons. She worked hard for her family and his father acquired property. However, the mother experienced a brutal family life with the children. She cried continuously during church services. His father abandoned the home which put the mother under pressure causing her to struggle more with the boys.

The boys became Latch key children, they were left by them--selves as their mother struggled to work.
If given a second chance, I do believe he will reform. I beg for mercy for him. I think that if justice could see that it was the adult that failed him and should be held accountable.
She did this with no help. She and the children were left destitute as a result of his father's abandonement. Consequently, the environment was created where the boys became prey to those who do not wish well for children.

Sincerely,

*Marie Pierre*

M. Pierre



**Herman Dupigny**

Brooklyn, Ny

06/25/2020

C/O
Hubert Dupigny

To The Honorable Judge: Jessy Furman,

I have known and grown up with my brother Hurbert Dupigny for 36 years, and he has always been a good brother and friend. I was troubled and surprised when I learned about my brother's recent case as he has always been a good person with morals. It is for this reason I am happy to write this letter of support in reference for my brother Hurbert Dupigny regarding this matter.

I understand the seriousness of this case, however I pray that the court will show some leniency. Hurbert Dupigny has always been an upright character in the community and for his own family. Hubert Dupigny is a source of help to his mother and father at the age they're at, always wanting unity and love for us all. He's been a right hand to our 76 years old mother and I wish he could do more while god still granted her health and strength for my brother to be a daily basic help. Herbert Dupigny has been a truly good brother, a son and father to his children.

Judge am asking for my brother freedom at the mercy of the court that I would commit to stick as a family to give all the assistance that I can offer to my brother Hurbert once granted his release. In addition to our friendship and family affiliation Hubert Dupigny is an upstanding member in his neighborhood offering help to countless people, rescuing animals in the street, and alway willing to lend a helping hand. While it is unfortunate Hubert is in confinement I would like to plea to the Judge to have leniency having our beloved brother, father and son with the moral support of his families giving the freedom to be productive as we so disparate for him to be apart of his children and all of us life once more.

Sincerely,

*Herman Dupigny* (signature)

Herman Dupigny



To: The Honorable Judge:
Jessy Furman
40 Foley Square, New York
NY 10007

From: Herman Dupigny
Brooklyn, NY



Bklyn N.Y. ▮
3/9/2020

Dear Judge Furman,

In the name of our Lord and Saviour Jesus Christ, I Mary Dupigny writing this letter to you on the behalf of my Son Herbert Dupigny. Judge Furman, I am asking and pleading to you. Pleas have mercy on my Son Herbert Dupigny. I heard of the hard Judgment against him. My heart pain and faint for my Son. I am pleading for mercy on his behalf. Herbert dont mean to hurt any one. Herbert will open his doors to help people to sleep. Herbert will bring people in my house to sleep and eat. When I ask him about that, he will tell me they are homeless. He do that unknown to me. Herbert cares about people. He is one of my 5 five son, I can depend on. I do not love him more than but he is always avalable to me. He done my shopping goes to the bank, and others. I had hard times with my children no father to do fathers Job. I struggle with my children. They are the only family I have. Herbert Dupigny is the one I am depending on. Please have and compassion on him as God will have mercy and compassion on others. God has forgiven him So please forgive him I am asking in Jesus name. Thank you.

Yours Sincerely,
Mary Dupigny



To Judge Jessy Furman
40 Folly Square
Magestrate Judge
United State District Court
New York NY 10007

Mary Deipig NY
Bkly N. NY