# The Law Offices of Carine M. Williams, PLLC

29 Broadway, Suite 1412, New York, NY 10006 | Telephone: 212.653.8321 | Facsimile: 212.653.8322 | www.carinemwilliams.com

Carine M. Williams
Principal
CMW@carinemwilliams.com

November 23, 2020

**Via ECF**
The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Hubert Dupigny, et al.*, 18 Cr. 528 (JMF)

Dear Judge Furman—

I write respectfully to request a 90-day adjournment of Mr. Hubert Dupigny's sentencing—which is currently scheduled for December 10, 2020—and the concomitant adjournment of all related pre-sentence deadlines.

In addition to the concerns flagged by the Court's November 23, 2020 Order (directing the Parties to confer and submit a joint letter addressing whether sentencing in this case should proceed remotely or in person, *see* Doc. No. 326), various pandemic related issues have made sentencing preparations more challenging than in the ordinary course. For example, Ms. Marcus and I have as yet been unable to meet with Mr. Dupigny—who is detained at the Metropolitan Detention Center, Brooklyn—in person, and we continue to wait on the return of certain records.

Ms. Marcus and I communicated with the Government regarding this adjournment request last week, and the Government has no objection to the application. Further, in direct response to the Court's November 23, 2020 Order, the Parties respectfully submit that, in light of the defense's adjournment request, it may be premature to address at this stage whether sentencing should proceed remotely or in person.

THE LAW OFFICES OF CARINE M. WILLIAMS, PLLC

The Honorable Jesse M. Furman, U.S.D.J.
November 23, 2020
Page 2 of 2

        Respectfully submitted,

        **The Law Offices of Carine M. Williams, PLLC**

        Carine M. Williams
        *Attorney for Hubert Dupigny*

cc:   Susan K. Marcus, Esq.
      *Attorney for Hubert Dupigny*

      Jacob Gutwillig, Esq.
      Mollie Bracewell, Esq.
      Michael Herman, Esq.
      *Attorneys for the Government*

Application GRANTED. Sentencing is hereby ADJOURNED to March 23, 2021, at 2:30 p.m.. The Clerk of Court is directed to terminate Doc. #327. SO ORDERED.

November 24, 2020