# THE LAW OFFICES OF CARINE M. WILLIAMS, PLLC

29 Broadway, Suite 1412, New York, NY 10006 | Telephone: 212.653.8321 | Facsimile: 212.653.8322 | www.carinemwilliams.com

CARINE M. WILLIAMS
PRINCIPAL
CMW@CARINEMWILLIAMS.COM

March 3, 2021

**Via ECF**
The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Hubert Dupigny, et al.*, **18 Cr. 528 (JMF)**

Dear Judge Furman—

I write respectfully to request a second 90-day adjournment of Mr. Hubert Dupigny's sentencing—which is currently scheduled to proceed on March 23, 2021—and the concomitant adjournment of all related pre-sentence deadlines.

There has been little change to the circumstances which prompted my original adjournment request on November 23, 2020, and the Court's order granting same. *See* Doc. Nos. 327, 328. For example, it remains the case that Ms. Marcus and I have as yet been unable to visit with Mr. Dupigny at the Metropolitan Detention Center, in Brooklyn, and we continue to wait on the return of certain records.

We have communicated with the Government regarding this adjournment request, and the Government has no objection to the application.

Respectfully submitted,

The Law Offices of Carine M. Williams, PLLC

Carine M. Williams
*Attorney for Hubert Dupigny*

Application GRANTED. Sentencing is hereby ADJOURNED to June 24, 2021, at 2:30 p.m. Further adjournments may not be granted, so counsel should make every effort to communicate with the Defendant and obtain whatever is needed.  The Clerk of Court is directed to terminate Doc. #340. SO ORDERED.

March 3, 2021

THE LAW OFFICES OF CARINE M. WILLIAMS, PLLC

The Honorable Jesse M. Furman, U.S.D.J.
March 3, 2021
Page 2 of 2

cc:  Susan K. Marcus, Esq.
*Attorney for Hubert Dupigny*

Jacob Gutwillig, Esq.
Mollie Bracewell, Esq.
Michael Herman, Esq.
*Attorneys for the Government*