UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA,           :

            -v-                         :         18-CR-528-1 (JMF)

HUBERT DUPIGNY,                  :             **REVISED**
                                        :         **SCHEDULING ORDER**
                   Defendant.      :

------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

       IT IS HEREBY ORDERED that the time for sentencing in this matter, scheduled for **June 24, 2021**, is changed from 2:30 p.m. to **11:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: May 21, 2021
       New York, New York                                    JESSE M. FURMAN
                                                                                 United States District Judge