UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                          :

UNITED STATES OF AMERICA,                      :

        -v-                                      :          18-CR-528-1 (JMF)

HUBERT DUPIGNY,                              :          ORDER

                      Defendant.                :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Hubert Dupigny, proceeding without counsel, has filed a motion pursuant to 28 U.S.C. § 2255. *See* ECF No. 382. The Government shall file any response by August 1, 2022; any reply shall be filed by August 22, 2022.

      The Clerk of Court is directed to mail a copy of this Order to Defendant at:

> Reg. No. 56457-054
> FCI Ray Brook
> P.O. Box 900
> Ray Brook, NY 12977

      SO ORDERED.

Dated: July 1, 2022
       New York, New York

                                                  _____
                                                       JESSE M. FURMAN
                                                   United States District Judge