UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
-v-                                                                     :    18-CR-528 (JMF)
:
HUBERT DUPIGNY,                                                         :    ORDER
:
Defendant(s).                                         :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court has received a letter, dated **August 17, 2022**, from the Defendant, requesting an extension of time to reply to the Government's opposition to his motion to vacate his sentence and judgment of conviction and requesting access to the law library and his legal property. *See* ECF No. 385. Defendant's request for an extension of time is GRANTED, and the deadline for his reply is hereby extended to **October 6, 2022**. Defendant's request for other relief is DENIED as he provides no valid legal basis to interfere with his treatment by the Bureau of Prisons.

The Clerk of Court is directed to mail a copy of this Order to Defendant at:

Reg. No. 56457-054
FCI Ray Brook
P.O. Box 900
Ray Brook, NY 12977

SO ORDERED.

Dated: August 26, 2022
       New York, New York                              _____
                                                       JESSE M. FURMAN
                                                       United States District Judge