UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
     -v-                                  :  18-CR-528-1 (JMF)
:
HUBERT DUPIGNY,                                                   :  ORDER
:
     Defendant.                           :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The Court has received a letter, dated September 7, 2022, from the Defendant, renewing his request for an order granting him access to the law library, a printer, and "legal property." *See* ECF No. 387. The request is denied yet again. That said, the Government is ordered to file a letter no later than **September 20, 2022**, addressing why the Defendant is being held in the Segregated Housing Unit ("SHU"); whether and to what extent the Defendant has access to the law library, a printer, and legal materials while in the SHU; and whether or when the Defendant is expected to be released from the SHU. For now, the Defendants' deadline to file a reply with respect to his Section 2255 motion remains October 6, 2022, although the Court will consider whether to extend that deadline further after reviewing the Government's letter.

     The Clerk of Court is directed to mail a copy of this Order to Defendant at:

         Reg. No. 56457-054
         FCI Ray Brook
         P.O. Box 900
         Ray Brook, NY 12977

Dated: September 15, 2022
      New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge