UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 18-CR-528-1 (JMF)
: 22-CV-5605 (JMF)
HUBERT DUPIGNY, :
: MEMORANDUM OPINION
Defendant. : AND ORDER
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Hubert Dupigny, proceeding *pro se*, filed a motion pursuant to 28 U.S.C. § 2255.  *See* ECF No. 382.  Upon review of the parties' submissions, the motion is DENIED as premature, substantially for the reasons stated on pages 8 and 9 of the Government's opposition.  *See* ECF No. 384.  The Clerk of Court is directed to (1) terminate ECF No. 382; (2) close 22-CV-5605; and (3) mail a copy of this Memorandum Opinion and Order to Defendant at:

        Reg. No. 56457-054
        FCI Ray Brook
        P.O. Box 900
        Ray Brook, NY 12977

Dated: October 26, 2022
      New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge