```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :
                -v-                                                 :    18-CR-528-1 (JMF)
                                                                    :
HUBERT DUPIGNY,                                                     :         ORDER
                                                                    :
                           Defendant.                               :
                                                                    :
------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

On March 21, 2023, Defendant, proceeding *pro se,* filed a "Motion Pursuant To The All Writs Act 28 U.S.C.S. § 1654." *See* ECF No. 403. The Government shall file a response to the motion by March 31, 2023. No reply will be permitted absent prior leave of Court.

The Clerk of Court is directed to mail a copy of this Order to Defendant at:

>  Reg. No. 56457-054
>  FCI Gilmer
>  P.O. Box 6000
>  Glenvill, WV 26351

Dated: March 22, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge