UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,           :

                                   :

        -v-                         :              18-CR-528-1 (JMF)

                                   :

HUBERT DUPIGNY,              :               ORDER

                                   :

               Defendant.        :

                                   :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Hubert Dupigny, proceeding without counsel, has filed yet another attack on his conviction and sentence in this case, a copy of which is attached.  The Court is inclined to treat the motion as yet another successive motion pursuant to 28 U.S.C. § 2255 and, thus, to transfer it to the Court of Appeals.  *See, e.g.*, *Liriano v. United States,* 95 F.3d 119, 122–23 (2d Cir. 1996); *Clark v. Carpa*, No. 14-CV-0356 (SJF), 2014 WL 2993560, at *4 n.4 (E.D.N.Y. July 1, 2014).  No later than **May 20, 2026**, the Government shall file a letter, not to exceed three pages, addressing whether the Court should do so.  Defendant may file a response (which should also address whether he would prefer to withdraw the motion in the event that the Court were to treat it as a Section 2255 motion) no later than **June 11, 2026**.

      The Clerk of Court is directed to mail a copy of this Order to Defendant at:

          Hubert Dupigny
          Reg. No. 56457-054
          FCI Otisville
          P.O. Box 1000
          Otisville, NY 10463

      SO ORDERED.

Dated: May 14, 2026
       New York, New York

                                      JESSE M. FURMAN
                                   United States District Judge

Hubert Dupigny
May 4, 2026

United States District Court for the Southern District
of New York
40 Foley Square
New York, New York 10007

Re: case 18-CR-528 (JMF)

To whom this may concern:

I do acknowledge that I have engaged
in wrongful activities in the past. I am
remorseful for my misdeeds, and I am
rehabilitated by the prison experience.
However, I am innocent of the charged
crimes that I am now convicted of. I
will demonstrait herein, some of the
reasons why and how I am innocent
and could not have committed the
alleged crimes.

I am charged and convicted of the conspiricy to sex trafficking (18 U.S.C.S. §1594), and sex trafficking (18 U.S.C.S. §1591). Herein I will only focuse on the charge of 18 U.S.C.S § 1591, an overly-broad and complexed statute.

It is documented that the charged crimes begun on the date of December 31, 2016. I was arrested on December 24, 2016, and confined at Nassau County Jail, for non-related charges. I was being transported back and forth from Nassau to Rikers Island. It is impossible to act out the elements of 18 U.S.C § 1591, while confined; especially during the time period of December 31, 2016.

18 U.S.C.S § 1591 require a guilty state of mind in order to be held accountable of it's elements. The statute provide that "Whoever knowingly" committ or

act-out the elements shall be subject thereof. I, Hubert Dupigny, received no due process of law. I received no notice or fair warning of the statute, showing that I am one who is prescribed and subject to the statute and its penalties. It is impossible that I have "known" that I was violating the provisions of 18 U.S.C. § 1591, without knowledge of its existence. Without a "knowing" state of mind I am actually innocent of committing the charged crime of 18 U.S.C. § 1591.

None of my activities reflect the elements of 18 USC § 1591. My activities does not fall under or within the zone of interest to be regulated by the statute. None of my activities were an offence against United States, and had no relation to the execution of power of Congress, nor to any matter within jurisdiction of the United States. The statute of which I am charged clearly manifested

Congress's intent to criminalize conduct that took place "within" United States or its territories; I had not conducted any of the elements of 18 U.S.C.S. § 1591 within United States, its territories, nor within any State; I had not effectuated objects of the federal government; I had not interfer with, obstruct or prevent commerce and navigation with foreign nations and among the states; I was never at no time "in and affecting interstate and foreign commerce" for the purposes of sex trafficking, as the indictment alleges. It is impossible. I am not in any kind of position (especially the positions described under Congress's findings) to accomplish the elements of 18 U.S.C.S § 1591, especially while confined.

I am a private individual who is actually innocent and stand wrongfully convicted of an Act that the law do not proscribe and subject Me for the purposes of sentencing and judgement.

There have been alterations to the range of conduct and class of persons that the residual clause applies to.

My conduct do not come within the focus of Congress's concern which is enacted in Section 1591 of the Trafficking Victims Protection Act of 2000; which appears generally as 22 U.S.C.S § 7101. Chapter 77 of Title 18 is headed " Peonage, Slavery, and Trafficking in Persons." Positioning §1591 itself titled " Sex trafficking of children or by force, fraud, or Coercoin".—

The Trafficking Victims Protection Reauthorization Act of 2005; findings. Act Jan, 10, 2006, P.L. 109-164, § 2, 119 Stat. 3558, provide: " Congress finds the following :

1) Since the enactment of the Trafficking Victims Protection Act of 2000, United States efforts to combat trafficking in persons have focused primarily on the international trafficking of foreign citizens into the United States. P.L. 109-164, § 2, 119 Stat. 3558, at (3)."

I had no involvement in the international trafficking in persons nor in the trafficking of foreign citizens into the United States.

2) "The involvement of employees and contractors of the United States Government and members of the Armed Forces in trafficking in persons, facilitating the trafficking in persons, or exploiting the victims of trafficking in persons is inconsistent with United States laws and policies and undermines the credibility and mission of United States

Government programs in post-conflict regions." P.L. 104-164 at (10).

I, Hubert Dupigny, is not an employee nor a contractor of the United States Government; and I am not a member of the Armed Forces, and I had not facilitated the trafficking in persons nor exploted any victims of trafficking in persons.

3) "Further measures are needed to ensure that United States Government personnel and contractors are held accountable for involvement with acts of trafficking in persons, including by expanding United States criminal jurisdiction to all United States Government contractors abroad." P.L. 104-164 at (11)

Public Law 109-164 at (10) and (11) make it clear that the penalty clause of 18 U.S.C.S § 1591, is by its terms

impossible of application to persons other than United States Government personnel and contractors or instrumentalies of the United States and foreign governments.

I am not among the class of persons specified within the laws and statutes and there were no victims that fall within the class of persons the statute were designed to protect.

The Statute is designed to protect foreign citizens of sever formes of trafficking into the United States or abroad. Title 22 of the Trafficking in Persons Act 22 U.S.C.S § 7102, is headed "Foreign Relations", indecating that the statute is designed to apply to foreign encounters

I, Hubert Dupigny, am actually innocent and wrongfully convicted and imprisoned. I am requesting that you inquies into these facts, and do

what ever is just and proper to restore Me, redeem Me from imprisonment, and resolve the case.

Thank you for your attention, and I am, thanking you in advance.

Respectfully Submitted

H Dupigny
Hubert Dupigny
May 4, 2026



Hubert Duplgny
56457054
Federal Correctional Institution - Otisville
P.O. Box 1000
Otisville, NY 10963

⇔56457-054⇔
Court Clerk
40 Foley SQ
NEW YORK, NY 10007
United States

WESTCHESTER NY 105

RECEIVED
MAY 11 2026
CLERK'S OFFICE
S.D.N.Y.

USM&D SDNY