UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                         :

UNITED STATES OF AMERICA,           :

                         :

        -v-                 :           18-CR-528-1 (JMF)

                         :

HUBERT DUPIGNY,               :              ORDER

                         :

              Defendant.       :

                         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Last month, Defendant Hubert Dupigny, proceeding without counsel, filed yet another attack on his conviction and sentence in this case. *See* ECF No. 432. By Order dated May 14, 2026, the Court indicated that it was "inclined to treat the motion as yet another successive motion pursuant to 28 U.S.C. § 2255 and, thus, to transfer it to the Court of Appeals" and gave Defendant until June 11, 2026, to respond and "address whether he would prefer to withdraw the motion in the event that the Court were to treat it as a Section 2255 motion." *Id.* To date, Defendant has not filed any response to the Court's Order. Accordingly, the Court treats Defendant's latest submission as another motion pursuant to Section 2255, and the submission is hereby TRANSFERRED to the Court of Appeals for the Second Circuit for treatment as a second or successive motion. If the Court of Appeals authorizes Defendant to proceed in this matter, he may renew his motion in this matter.

As the motion makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and

therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to transfer Defendant's submission — which is attached to the Court's Order of May 14, 2026 — to the Court of Appeals for treatment as a second or successive motion and to mail a copy of this Order to Defendant at:

> Hubert Dupigny
> Reg. No. 56457-054
> FCI Otisville
> P.O. Box 1000
> Otisville, NY 10463

SO ORDERED.

Dated: June 22, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2